**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Denis Kjersgaard and Sharon Kjersgaard, Respondents,

v.

Denise Roselle, Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-002422

———————

Appeal From Georgetown County
Jan B. Bromell Holmes, Family Court Judge

———————

Unpublished Opinion No. 2026-UP-390
Submitted July 14, 2026 – Filed July 24, 2026

———————

**AFFIRMED**

———————

Nancy Carol Fennell, of Irmo, for Appellant.

Laura Mitchum Moyer, of Maring & Moyer, LLC, of Georgetown, for Respondents.

Brana J. Williams, of Williams Law Firm, LLC, of Surfside Beach, as the Guardian ad Litem.

———————

**PER CURIAM:** Denise Roselle appeals the family court's final order terminating her parental rights to her minor children (Children) and granting Children's adoption. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.